IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Petitioner,

    v.

DEBORAH E. SCHULER,

    Respondent.

Case No.: 8:15-mc-

**PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS**

The United States of America, by the undersigned Assistant United States Attorney, shows unto this Court as follows:

1. This is a proceeding brought pursuant to the provisions of 26 U.S.C. §§ 7402(b) and 7604(a) to judicially enforce an Internal Revenue Service summons.

2. This Court has jurisdiction pursuant to the provisions of 26 U.S.C. §§ 7402(b) and 7604(a).

3. DENISE REVELL is a Revenue Agent of the Internal Revenue Service, employed in Large Business & International, International Individual Compliance Division of the Internal Revenue Service, 1999 Broadway, MS4355DEN, Denver, CO 80202, and is authorized to issue an Internal Revenue Service summons pursuant to the authority contained in 26 U.S.C. § 7602 and Treas. Reg. § 301.7602-1.

4. DEBORAH E. SCHULER (Respondent) is an individual. The Respondent resides at 1170 GULF BOULEVARD, APARTMENT 1806, CLEARWATER BEACH, FL 33767.

5. As set forth in the Affidavit of Revenue Agent, DENISE REVELL, attached hereto as Exhibit 1, DENISE REVELL is presently conducting an investigation for the purpose of 31 C.F.R. s 1010.420 (formerly, 31 C.F.R. s 103.32) relating to foreign financial accounts that DEBORAH E. SCHULER had or has a financial interest in, or signature authority over for the periods ending December 31, 2008, December 31, 2009 and December 31, 2010.

6. Upon information and belief, Respondent is in possession and control of testimony, books, records, papers, and other data, which are relevant to the investigation.

7. On April 14, 2014, Revenue Agent, William Slater, served Respondent with an attested copy of an Internal Revenue Service summons, by handing it to the Respondent, as evidenced in the certificate of service on the reverse side of said summons.

8. The summons directed Respondent to appear before an officer of the Internal Revenue Service on May 9, 2014 to testify and to produce for examination certain books, records, papers and other data more specifically described therein, all of which are believed relevant to the said investigation. The original summons is attached hereto as Exhibit 2.

9. Respondent failed to appear, testify, or produce records as demanded by said summons. (Exhibit 2).

10. Respondent's refusal to comply with the summons continues to this date.

11. The testimony, books, papers, records and other data sought by the summons are not within the possession of the Internal Revenue Service, as set forth in the Affidavit of Revenue Agent DENISE REVELL.

12. All administrative steps required by the Internal Revenue Code for the issuance of a summons have been taken.

WHEREFORE, the Petitioner respectfully prays:

1. That this Court enter an order directing the Respondent to show cause, if any, why Respondent should not be compelled to comply with the Internal Revenue Service summons forthwith.

2. That any order granting the relief sought herein be served on Respondent by an official of the Internal Revenue Service.

3. That this Court, grant such order and further relief as the Court deems just and proper.

          Respectfully submitted,

          A. Lee Bentley, III
          United States Attorney

By: /s/ John F. Rudy, III
          John F. Rudy, III
          Assistant U.S. Attorney
          Florida Bar No. 0136700
          400 N. Tampa St., Ste 3200
          Tampa, FL 33602
          Telephone: (813) 274-6000
          Facsimile: (813) 274-6198
          Email: john.rudy@usdoj.gov

Dated: January 7, 2015