# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF FLORIDA

Civil Action No.

United States of America,

    Petitioner,

v.

DEBORAH E. SCHULER,

    Respondent.

---

## DECLARATION

---

DENISE REVELL, on behalf of Petitioner United States of America, hereby declares:

1. I am a duly commissioned Revenue Agent employed by the Internal Revenue Service's Large Business & International, International Individual Compliance Division located at 1999 Broadway, MS4355DEN, Denver, CO 80202.

2. In my capacity as a Revenue Agent, I am conducting an investigation into foreign financial accounts that DEBORAH E. SCHULER had or has a financial interest in, or signature authority over pursuant to 31 C.F.R. s 1010.420 (formerly, 31 C.F.R. s 103.32) for the periods ending December 31, 2008, December 31, 2009 and December 31, 2010. DEBORAH E. SCHULER is an individual.

3. In furtherance of the above investigation and in accordance with 26 U.S.C. section 7602, on April 9, 2014, I issued an administrative summons, Internal Revenue Service

Exhibit 1

Form 2039, to Respondent to give testimony and to produce for examination books, papers, records, or other data as described in said summons. The summons issued to Respondent is attached to the Petition to Enforce Internal Revenue Service Summons as Exhibit 2.

4. On April 14, 2014, in accordance with 26 U.S.C. section 7603, WILLIAM SLATER served an attested copy of the Internal Revenue Service summons described in Paragraph 3 above on the Respondent by handing a copy of the summons to the Respondent, as evidenced in the certificate of service on the reverse side of the summons.

5. On May 9, 2014, the Respondent did not appear or produce documents in response to the summons. The Respondent's refusal to comply with the summons continues to the date of this declaration.

6. The books, papers, records, or other data sought by the summons are not already in the possession of the Internal Revenue Service.

7. All administrative steps required by the Internal Revenue Code for issuance of a summons have been taken.

8. It is necessary to obtain the testimony and to examine the books, papers, records, or other data sought by the summons in order to properly investigate the foreign financial accounts that DEBORAH E. SCHULER had or has a financial interest in, or signature authority over pursuant to 31 C.F.R. s 1010.420 (formerly, 31 C.F.R. s 103.32) for the periods ending December 31, 2008, December 31, 2009 and December 31, 2010. No Justice Department referral is in effect within the meaning of 26 U.S.C. section 7602(d) with respect to Respondent for the periods for which the testimony and documents are sought.

I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge and belief.

Executed this 4th day of August, 2014.

*Denise Revell*
DENISE REVELL
Revenue Agent
Internal Revenue Service



# Summons

In the matter of Deborah E. Schuler, Clearwater Beach, FL 33767
Internal Revenue Service (Division): Large Business & International
Industry/Area (name or number): International Individual Compliance/Territory 3
Periods: For the periods January 1, 2008 through December 31, 2010

## The Commissioner of Internal Revenue

To: Deborah E. Schuler
At: Clearwater Beach, FL 33767

You are hereby summoned and required to appear before Denise Revell, Revenue Agent, ID#0232887 an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

Production of:

Any and all records required to be maintained pursuant to 31 C.F.R. s 1010.420 (formerly, 31 C.F.R. s 103.32) relating to foreign financial accounts that you had or have a financial interest in, or signature authority over, including records reflecting the name in which each such account is maintained, the number, or other designation of such account, the name and address of the foreign bank or other person with whom such account is maintained, the type of such account, and the maximum value of each such account during each of the tax years 2008, 2009 and 2010.

**Do not write in this space**

**Business address and telephone number of IRS officer before whom you are to appear:**
1999 Broadway, MS 4355 DEN, Denver, CO 80202    (303) 603-4985

**Place and time for appearance at** In lieu of appearance please mail to the above address to the attention of: Denise Revell, Revenue Agent

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov

Form 2039 (Rev. 10-2010)
Catalog Number 21405J

on the __9__ day of __May__ __2014__ at __9:00__ o'clock __a.__ m.
Issued under authority of the Internal Revenue Code this __9__ day of __April__, __2014__

_Denise Revell_
Signature of issuing officer — Revenue Agent, ID#0232887 — Title

_Kimberly Jass_
Signature of approving officer (if applicable) — Team Manager, ID#0442697 — Title

Original — to be kept by IRS

Exhibit 2



# Service of Summons, Notice and Recordkeeper Certificates

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

Date: April 14, 2014

Time: 2:40 Pm

**How Summons Was Served**

1. ☒ I certify that I handed a copy of the summons, which contained the attestation required by § 7603, to the person to whom it was directed.

2. ☐ I certify that I left a copy of the summons, which contained the attestation required by § 7603, at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any): _____

3. ☐ I certify that I sent a copy of the summons, which contained the attestation required by § 7603, by certified or registered mail to the last known address of the person to whom it was directed, that person being a third-party recordkeeper within the meaning of § 7603(b). I sent the summons to the following address: Deborah E. Schuler, Clearwater Beach, FL 33767

Signature: William Still

Title: Revenue Agent

4. This certificate is made to show compliance with IRC Section 7609. This certificate does not apply to summonses served on any officer or employee of the person to whose liability the summons relates nor to summonses in aid of collection, to determine the identity of a person having a numbered account or similar arrangement, or to determine whether or not records of the business transactions or affairs of an identified person have been made or kept.

I certify that, within 3 days of serving the summons, I gave notice (Part D of Form 2039) to the person named below on the date and in the manner indicated.

Date of giving Notice: _____

Time: _____

Name of Noticee: _____

Address of Noticee (if mailed): _____

**How Notice Was Given**

☐ I gave notice by certified or registered mail to the last known address of the noticee.

☐ I left the notice at the last and usual place of abode of the noticee. I left the copy with the following person (if any).

☐ I gave notice by handing it to the noticee.

☐ In the absence of a last known address of the noticee, I left the notice with the person summoned.

☒ No notice is required.

Signature: _____

Title: Revenue Agent

I certify that the period prescribed for beginning a proceeding to quash this summons has expired and that no such proceeding was instituted or that the noticee consents to the examination.

Signature: _____

Title: _____

Form 2039 (Rev. 10-2010)