# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                 Case No: 8:15-mc-1-T-30AEP

DEBORAH E. SCHULER,

    Defendant.
_____

## ORDER OF DISMISSAL

Before the Court is the United States of America's Notice of Voluntary Dismissal (Dkt. #5). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.     This cause is dismissed.

2.     All pending motions are denied as moot.

3.     The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 9th day of February, 2015.

                                                                 JAMES S. MOODY, JR.
                                                                  UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record